**Mr. Phil Stanley**
**5440 46th Ave. SW**
**Seattle, WA  98136**
**(206)403-8453 (cell)**
**E-mail:  ps2x@centurylink.net**

# Exhibit B

**EDUCATION:**

**MA**, **Public Administration**
SEATTLE UNIVERSITY, Seattle, Wa., 1977

**BA Sociology**
UNIVERSITY OF WASHINGTON, Seattle, WA., 1971

**CORRECTIONS BACKGROUND:**

**Director**, Chelan County Regional Justice Center-Wenatchee, WA   2007-2012
Provided leadership to ninety employees in operation of 380 bed co-ed jail in Central Washington. Managed $9 million annual budget, responsible for all hiring/disciplinary decisions, reporting to three County Commissioners.

**Probation Officer,** Lake Forest Park Municipal Court, Lake Forest Park, WA  2004-2020
Supervise caseload of misdemeanant probationers. Prepare reports to the court. Provide monitoring to determine compliance of probationers meeting court conditions. (part-time position)

**Commissioner**, Department of Corrections, New Hampshire, May 2000 - November 2003
Reporting to Governor and Executive Council, provide leadership for all staff and offenders under the authority of the Department of Corrections. Offender population consisted of 2,415 inmates and 6,100 offenders under probation or parole supervision.

**Regional Administrator**, Washington State Department of Corrections  1997-2000
Provide leadership for prison superintendents and management staff in Northwest Region, consisting of Clallam Bay Corrections Center, Monroe Corrections Complex, Olympic Corrections Center and all community corrections offices within the region.

**Prison Superintendent**, Washington State Department of Corrections   1992-1997
Coyote Ridge Corrections Center (1992-1994), Special Offender Center (1994-1995), and Washington Corrections Center (1995-1997), each position reflected increasing responsibility for staff and inmates.

**Associate Superintendent**, **Correctional Program Manager, Parole Officer,** Washington Department of Corrections  1973-1992

**Counselor**, Echo Glen Children's Center, State of Washington   1970-1973



**JAIL CONSULTANT EXPERIENCE:**

Jail Consultant-provide written report reviewing jail operations 2015
Provide update September 2017
Island County Jail, Coupeville, WA
Contact: Sheriff Mark Brown (360-679-7310

Jail Consultant-provide written report reviewing jail operations 2014
Snohomish County Jail, Snohomish, WA
Contact: Sheriff Ty Trenary (425-388-3393)

Jail Consultant-review jail operations, attend stakeholder meetings,
advise Police Chief and City Manager on operation of Fife, WA City Jail 2013